```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
In re:                                                    Case No. 15-04672-JJT
Michelle M. Heim
George M. Stefnic, III                                    Chapter 13
        Debtors
                          CERTIFICATE OF NOTICE
District/off: 0314-5          User: karendavi            Page 1 of 1       Date Rcvd: Aug 10, 2016
                              Form ID: ordsmiss         Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2016.
db/jdb         +Michelle M. Heim,    George M. Stefnic, III,    923 W. Market St.,    Pottsville, PA 17901-2816
4714861        +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
4714862        +Chase Manhattan Mortgage,    Dept. oh4-7142,    3415 Vision Drive,    Columbus, OH 43219-6009
4714863        +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    Po Box 837,    Newtown, CT 06470-0837
4714865        +First Federal Credit C,    24700 Chagrin Blvd,    Ste 205,    Cleveland, OH 44122-5662
4731614        +HD Motors,    300 N. 12th St.,    Pottsville, PA 17901-2221
4714866         KML Law Group, P.C.,    701 Market St., Ste. 5000,    Philadelphia, PA 19106-1541
4721918        +Metris,    Williamson and Brown, LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
4731613         PPL,    827 Hausman Rd.,    Allentown, PA 18104-9392
4714867        +PennCredit,    916 S. 14th St.,    P.O. Box 988,    Harrisburg, PA 17108-0988
4731612        +Schuylkill Medical Center South,    420 S. Jackson St.,    Pottsville, PA 17901-3692
4714870        +Tsi/33,    507 Prudential Rd,    Horsham, PA 19044-2308
4761389        +U.S. Bank National Association, as Indenture Trust,    Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
4714871        +Washington Mutual Mortgage/ Chase Home F,    Chase Records Center/Correspondence Mail,
                 700 Kansas Ln Mail Code La4-555,    Monroe, LA 71203-4774
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4714860        +EDI: AAEO.COM Aug 10 2016 18:53:00     Aaron Sales & Lease Ow,    1015 Cobb Place Blvd Nw,
                 Kennesaw, GA 30144-3672
4731611        +E-mail/Text: cityclerk@city.pottsville.pa.us Aug 10 2016 19:04:11      City of Pottsville,
                 401 N. Centre St.,    Suite 1,    Pottsville, PA 17901-1796
4714864        +E-mail/Text: bknotice@erccollections.com Aug 10 2016 19:03:59      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
4714868        +EDI: RESURGENT.COM Aug 10 2016 18:53:00     Pinnacle Credit Service,    Attn: Bankruptcy,
                 Po Box 640,    Hopkins, MN 55343-0640
4731610        +E-mail/Text: twilliams@scmawater.com Aug 10 2016 19:04:05
                 Schuylkill County Municipal Authority,    221 S. Centre St.,    PO Box 960,
                 Pottsville, PA 17901-0960
4714869        +E-mail/Text: bankruptcydepartment@tsico.com Aug 10 2016 19:04:12      Transworld Sys Inc/33,
                 507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2016 at the address(es) listed below:
              C. Stephen Gurdin, Jr   on behalf of Joint Debtor George M. Stefnic, III ecf@gurdinlaw.com
              C. Stephen Gurdin, Jr   on behalf of Debtor Michelle M. Heim ecf@gurdinlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman   on behalf of Creditor    U.S. Bank National Association, Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

Order Dismissing(Form ordsmiss) (11/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michelle M. Heim<br>aka Michelle Marie Heim, aka Michelle Heim<br>George M. Stefnic III<br>aka George Martin Stefnic III, aka George Stefnic III,<br>aka George Stefnic, aka George M. Stefnic | Chapter 13<br><br>Case No. 5:15−bk−04672−JJT |

**Debtor(s)**

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: August 10, 2016

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: karendavis, Deputy Clerk